

Entered on Docket
March 07, 2011

_____
Hon. Bruce T. Beesley
United States Bankruptcy Judge

_____

WILLIAM A. VAN METER
State Bar. No. 2803
P.O. Box 6630
Reno, Nevada 89513
(775) 324-2500
maryc13@nvbell.net

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.  10-54459-GWZ |
| JOHN A. AHMADI, | |
| | Chapter 13 |
| Debtor. | **ORDER OF DISMISSAL** |
| | |
| | Hearing Date:  February 18, 2011 |
| / | Hearing Time:  2:00 pm |

    The Trustee having moved to dismiss the Debtor's Chapter 13 bankruptcy case for cause and having heard arguments and comments of the Trustee and other parties in interest as the record may reflect, and for good cause appearing;

    IT IS ORDERED that the Debtor having failed to comply with 11 U.S.C. §521 (a)(1), the Chapter 13 case was automatically dismissed on December 26, 2010 pursuant to 11 U.S.C. §521 (i).

Approved:

_____
PRO PER

ALTERNATIVE METHODS re: RULE 9021:

In accordance with L.R. 9021, the undersigned certifies:

_____    The court waived the requirements set forth in L.R. 9021.

   X    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order as indicated above, or waived their right to approve the order, or failed to respond, as indicated below:

   X    I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

**Dated:**  March 2, 2011

/S/ Mary Rivinius
Mary Rivinius
Assistant to William A. Van Meter, Trustee
P.O. Box 6630
Reno, NV  89509

###

William A. Van Meter, Trustee
Nevada State Bar No. 2803
P.O. Box 6630
Reno, Nevada 89513
Telephone: (775) 324-2500

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO. 10-54459-GWZ |
| JOHN A. AHMADI, | CHAPTER 13 |
| | **CERTIFICATE OF SERVICE** |
| | Hearing Date: FEBRUARY 18, 2011 |
| Debtor.        / | |

The undersigned hereby swears under penalty of perjury that I am over the age of 18, not a party to the within action, and that on February 23, 2011, I served a copy of the proposed **ORDER OF DISMISSAL** along with a letter indicating my expectation that that the original order and this Certificate of Service would be lodged with the Bankruptcy Court Clerk in five (5) business days pursuant to L.R. 9021(b)(1). The method of service was via First Class Mail of the proposed Order and letter to:

JOHN A. AHMADI
5929 QUINTESSA COURT
SPARKS, NV  89436
,

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 2, 2011

/S/ Mary Rivinius
Mary Rivinius
Assistant to William A. Van Meter, Trustee